IN THE UNITED STATES DISTRICT COURT

FOR THE ___9NTH___ DISTRICT OF ___HAWAII___

_____ DIVISION

*(Write the District and Division, if any, of*
*the court in which the complaint is filed.)*

F LED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 27, 2020, 12:09 pm
Michelle Rynne, Clerk of Court

---

___JASON SCUTT___

_____

_____

*(Write the full name of each plaintiff who is filing*
*this complaint.  If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**-against-**

___KELLI DORRIS,XIAYIN(GAOQUIANG)___
___LIN,CHARLENE CHEN___

_____

*(Write the full name of each defendant who is*
*being sued.  If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**Complaint and Request For Injunction**

Case No. **CV 20-00333 JMS-WRP**

*(to be filled in by the Clerk's Office)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JASON SCUTT |
| Street Address | 950 WAILUPE DR |
| City and County | WAILUKU, MAUI |
| State and Zip Code | HI, 96793 |
| Telephone Number | 808-250-0472 |
| E-mail Address | JASON.R.SCUTT@GMAIL.COM |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GUOQUING LIN |
| Job or Title (if known) | LANDLORD |
| Street Address | 950 WAILUPE DR |
| City and County | WAILUKU, MAUI |
| State and Zip Code | HI, 96793 |
| Telephone Number | 808-383-8479 |
| E-mail Address (if known) | XIAYINGCGMAIL.COM |

Defendant No. 2

| | |
|---|---|
| Name | KELLI DORRIS |
| Job or Title (if known) | LANDLORD |
| Street Address | 950 WAILUPE DR |
| City and County | WAILUKU, MAUI |

| | |
|---|---|
| State and Zip Code | HI, 96793 |
| Telephone Number | 808-383-8479 |
| E-mail Address (if known) | XIAYINGCGMAIL.COM |

**Defendant No. 3**

| | |
|---|---|
| Name | CHARLENE CHEN |
| Job or Title (if known) | |
| Street Address | 950 WAILUPE DR |
| City and County | WAILUKU, MAUI |
| State and Zip Code | HI, 96793 |
| Telephone Number | 808-383-8479 |
| E-mail Address (if known) | XIAYINGCGMAIL.COM |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

TITLE VIII CIVIL RIGHTS ACT 1968

_____

_____

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.  *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100K minimum in damages and health care for emotional trauma _____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

AT MY HOME RENTAL ADRESS ABOVE, COMMON AREA EXITWAY, DOOR AND STAIRS _____

_____

_____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?

JAN 20- JUL 20

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

LANDLORDS REFUSE PLAINTIFF TO EXIT HER APARTMENT VIA THE ONLY LEGAL EXIT, HAVE TAPED PACKAGES TO HER OUTER DOOR AND HAS MADE CLEAR IN WRITING THAT SHE AS A TENANT NEEDS "PERMISSION" TO EXIT, BUT NOT TO USE THE MAILBOX OR GARBAGE OR WASHER WITHOUT THREATS, PLAINTIFF EXPERIENCED CONTIUED DOMESTIC ABUSE AND FILED COMPLAINTS WITH DOMESTIC VIOLENCE HOTLINE, POLICE AND OBTAINED A VALID RESTRAINING ORDER, SHE BELEIVES DUE TO HER TRANSGENDER/LGBTQIA+ AND STATUS AS A DISABLED PERSON. PLAINITFF FILED COMPLAINTS WITH HUD ON JULY 27, 2020 ALSO.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

PLAINITFF HAS BEEN IMPROPERLY SERVED NOTICE TO VACATE ALONG WITH THREATS IN WRITING-SEE EXHIBIT A, DEFENDNATS HAVE NOT ALLOWED PLAINTIFF TO EXIT HER APARTMENT VIA THE ONLY LEGAL EXIT WHEN SHE NEEDED TRNSGSDER PRESCRIPTION REFILL, CAUSING EMOTIONAL TRAUMA ON MULTILLE OCCASIONS, SHE IS ALSO CURRENTLY REUQIRED TO "ASK PERMISSION" AND CANNOT EXIT HER APARTMENT SAFELY

## V.    Relief

State briefly and precisely what relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLAINITFF REQUIRES ADDITIONAL RESTRAINING ORDERS FOR CHEN AND LIN AND ESTOPPLE OF EVICTION PROCESS UNTIL SERVED LEGALLY OR OTHERWISED DEEMED INVALID

PLAINTIFF REQUIRES REMOVAL OF THE VIOLENT PARTY (DORRIS) AND FOR THE
COURT TO EXAMINE THE STATE RESTRAINING ORDER ALSO INCLUDED AS
EXHIBIT A, $100K MIN DAMAGES

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___JULY 27___, 20_20_.

Signature of Plaintiff     _____

Printed Name of Plaintiff     ___JASON SCUTT_____

### B.    For Attorneys

Date of signing: _____, 20___.

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

Telephone Number     _____

E-mail Address     _____

## About These Forms

1. **In General.**  This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings.  The forms do not try to cover every type of case.  They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.**  No form provides legal advice.  No form substitutes for having or consulting a lawyer.  If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.**  Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.**  A form may call for more or less information than a particular court requires.  The fact that a form asks for certain information does not mean that every court or a particular court requires it.  And if the form does not ask for certain information, a particular court might still require it.  Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.**  The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense.  Some of the forms, such as the form for a generic complaint, apply to different types of cases.  Others apply only to specific types of cases.  Be careful to use the form that fits your case and the type of pleading you want to file.  Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.**  The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued.  Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time.  And there are limits on who can be named as a party in a case and when they have to be added.  Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements.  The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.**  Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files.  Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number.  A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

**EXHIBIT A**

**Activity** | **Statements & Documents** | **Information & Services**

All Transactions ▾   **View Spending & Budgeting**

Enter keyword, amount or mm/dd/yyyy   🔍   **More options** ⬎

Newest | Next | Previous | Oldest          Show deals: On ⬎   |   Download ⬎   |   Print th

| Posting Date ↓ | Description | Type ▼ | Status ▼ | Amount | Avail Bal |
|---|---|---|---|---|---|
| | **Amount included in Available Balance** | | | | |
| Processing | CHECKCARD PAYPAL *DOCSMIT C 4029357733 CA ON 07/23 | ⊖ | ⌐P⌐ | -40.00 | **1,96** |
| Processing | CHECKCARD PAYPAL *DOCSMIT C 4029357733 CA ON 07/23 | ⊖ | ⌐P⌐ | -40.00 | **2,00** |
| Processing | ACH CREDIT Axos Bank AA TRNSFR ON 07/25 | ⊕ | ⌐P⌐ | 1,957.38 | **2,04** |
| ▶ 07/24/2020 | DISCOVER DES:E-PAYMENT ID:0849 INDN:SCUTT JASON CO ID:XXXXX20270 WEB | 🖘 | C | -416.00 | 8 |
| ▶ 07/24/2020 | TRANSFER JASON R SCUTT:Guo Qiang Lin Confirmation# 1458949070 | 🖘 | C | -1,000.00 | 49 |
| ▶ 07/24/2020 | PAYPAL *DOCSMIT COM 07/22 PURCHASE 402-935-7733 CA | 🖘 | C | -40.00 | 1,49 |
| ▶ 07/23/2020 | SPECTRUM 07/21 PURCHASE 855-707-7328 CA | 🖘 | C | -69.99 | 1,53 |
| | ⊕ **Add this deal  Click here to learn how** to earn $35 cash back with AT&T | | | | |

Filed in Open Court
Date and Time: July 13, 2020 (08:53 am)
Clerk: **D. Kapaku**

**Electronically Filed
SECOND CIRCUIT
2DSS-20-0000174
13-JUL-2020
08:53 AM**

IN THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
STATE OF HAWAI'I

| | |
|---|---|
| JASON R SCUTT | ) Case No.: 2DSS-20-0000174 |
| | ) |
|   | ) ACKNOWLEDGEMENT OF SERVICE |
| | ) |
| Petitioner(s), | ) |
| vs | ) |
| | ) |
| KELL I DORRIS | ) |
| | ) |
| | ) |
| Respondent(s).) | |

## ACKNOWLEDGEMENT OF SERVICE

I DO HEREBY CERTIFY that a copy of the ORDER FOR CONTINUANCE was personally served at the District Court, Second Circuit upon the following:

left  w/thout  papers
_____
Petitioner(s)

X _____
Respondent(s)

Dated: Wailuku , Hawai'i, _____ July 13, 2020 _____ .

_____
District Court Clerk/Bailiff

PETITION FOR EX PARTE TEMPORARY RESTRAINING
ORDER AND FOR INJUNCTION AGAINST HARASSMENT;
DECLARATION OF PETITIONER; TEMPORARY RESTRAINING
ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING

Form #2DC51

**Electronically Filed
SECOND CIRCUIT
2DSS-20-0000174
13-JUL-2020
03:16 PM**

IN THE DISTRICT COURT OF THE SECOND CIRCUIT
_____WAILUKU_____ DIVISION
STATE OF HAWAI'I

Petitioner(s)
**JASON SCUTT**

| Reserved for Court Use |
|---|
| DC-TRO |
| 2DSS-20-0000174 |

Respondent(s) (if known, list Address, and Telephone No. for each respondent)
~~BEATRIZ NUNEZ~~  B2   *Kelli Dorris*
950 WAILUPE DR LWR
WAILUKU HI, 96793
TEL UNKOWN

*2ᵈ  Amended*

Petitioner(s)/Petitioner(s)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
JASON SCUTT, PRO SE
950 WAILUPE DR UPPR
WAILUKU HI, 96793
808-250-0472

## PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT

This Petition is made pursuant to Hawai'i Revised Statutes section §604-10.5 and the following statement:

1. The Petitioner(s) is a resident(s) of the Division of the above District and Circuit, State of Hawai'i.

2. Based upon the attached Declaration of Petitioner(s), Petitioner(s) ask(s) for:
   a. An ex parte temporary restraining order not to exceed a period of ninety (90) days for protection enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from:

      ☑ contacting, threatening, or physically harassing

         ☑ Petitioner(s)

      ☑ telephoning the Petitioner(s)

      ☑ entering or visiting Petitioner(s)'   ☑ residence, including yard and garage and   ☑ place of employment.

   b. An order of an Injunction not to exceed a period of three (3) years, enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from committing those acts set forth in paragraph 2a. hereof.
   c. An order prohibiting Respondent(s) from owning or possessing firearm(s) and/or ammunition.
   d. An order awarding reasonable attorney's fees and costs to Petitioner(s) and such further relief as the Court deems just and appropriate.

Signature of Petitioner(s):

Date:   7/1/20

Print/Type Name(s): JASON SCUTT

I certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, District Court of the above Circuit, State of Hawai'i

RG-AC-506 (8/19)

Page 1 of 3

TRO 2D-P-005
(Rev. 7-10-2019)

**DECLARATION OF PETITIONER(S)**

Petitioner states the following is true:

☑ Recent or past act(s) of harassment occurred; and/or

☑ Threats of harassment make it probable that acts of harassment may occur soon.

Respondent(s)  ☐ own;  ☐ possess; or  ☐ intend to obtain or possess

 ☐ firearm(s) and/or ammunition that may be used to threaten or injure Petitioner(s).

Describe the firearm(s)/ammunition: UNKNOWN _____

Location of the firearm(s)/ammunition: _____

Date last seen: _____

Street address/ specific location where last seen:    LIC PLATE: HI MHH 361 _____

(Explain in detail recent or past acts or threats of harassment, using additional sheets, if necessary.)

THIS PERSON CAN BE SEEN IN THE VIDEO ATTACHMENT (LINKED BELOW) SHOUTING AND
SPITTING IN MY DIRECTION, LESS THAN 6 FEET, WITHOUT A FACEMASK AND NOT
ALLOWING ME TO LEAVE THE COMMON AREA EXIT BY MY OWN FREE WILL. THIS IS THE
ONLY LEGAL EXIT FROM MY DWELLING. ALSO HAS MADE NUMEROUS FRIVILOUS AND FALSE
COMPLAINTS TO LANDLORD AND OTHERWISE CAUSED ME FEAR AND TO NEED A CAMERA WHEN
GOING OUTSIDE. THIS PERSON HAS BEHAVED VIOLENTLY ON OTHER OCCASIONS, NOT
CAPTURED ON FILM, AND IN A SIMILAR MANNER MADE EFFORTS TO PREVENT ME FROM
USING THE ONLY EXIT TO MY DWELLING.  I HAVE ALSO BEEN EXPERIENCING MISSING
ITEMS OF MAIL, AND REPORTED INCIDENTS TO USPS ACCORDINGLY.

PLAINTIFF MADE GOOD FAITH EFFORT TO OBTAIN FULL LEGAL NAME OF INDIVIDUAL
IDENTIFIED AS BEATRIZ NUNEZ AND ALSO PERFORMED COURT RECORD SEARCHES OF VIN
NUMBER 2DTP-11-014669 FOR 2001 TOYOTA ECHO HI PLATE MHH 361   .

☑ Unless Respondent(s)' wrongful conduct is stopped or prevented by order of the Court, Petitioner(s) will suffer substantial
 emotional distress.

 I have read the Petition and Declaration, know their contents, and verify that the statements contained therein are true to my personal
knowledge and belief.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FACTS
AND CIRCUMSTANCES STATED IN THE PETITION AND DECLARATION ARE TRUE AND CORRECT.**

| 6/30/20 | Signature of Petitioner(s): |
|---------|------------------------------|
| Date: | Print/Type Name(s): JASON SCOTT |

TRO 2D-R-265

## TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT

Based upon the attached Petition for Ex Parte Temporary Restraining Order and Declaration of Petitioner(s) and pursuant to Hawai'i Revised Statutes §604-10.5, the Court finds there is probable cause to believe:

☒ Recent or past acts of harassment by Respondent(s) have occurred.

☒ Threats of harassment by Respondent(s) make it probable that acts of harassment may be imminent against Petitioner(s).

It appears to the Court that a Temporary Restraining Order should be granted and is necessary to prevent acts of harassment. Accordingly, IT IS ORDERED that Respondent(s) shall appear before the Judge in the above-entitled proceeding at the date, time and place indicated in the Notice of Hearing below. Pending the hearing on this Petition, Respondent(s) is/are ordered as follows:

### TO THE RESPONDENT:
### YOU AND ANYONE ACTING ON YOUR BEHALF ARE ORDERED AS FOLLOWS:

☒ Do not contact, threaten, or physically harass Petitioner(s)

☒ Do not telephone Petitioner(s)

☒ Do not enter or visit Petitioner(s)'   ☒ residence, including yard and garage, and   ☒ place of employment.

☐ Pursuant to HAWAI'I REVISED STATUTES §134-7, you shall not possess or control any firearm(s) and/or ammunition for the duration of this Temporary Restraining Order.

☐ You shall immediately turn over for safekeeping all firearms and/or ammunition in your possession and control to the Maui County Police Department *(any District Police Station in Maui County)*, for the duration of this Order or any extensions thereof.

This Order becomes effective upon its signing and filing and shall remain in effect for fifteen (15) days, unless extended or terminated by the Court.

ANY KNOWING OR INTENTIONAL VIOLATION OF THIS TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT IS A MISDEMEANOR PUNISHABLE BY A JAIL SENTENCE OF UP TO ONE YEAR AND/OR UP TO $2,000 FINE. A SENTENCE OF 48 HOURS JAIL FOR A SECOND CONVICTION AND 30 DAYS JAIL FOR ANY SUBSEQUENT CONVICTION(S) IS MANDATORY. [HAWAI'I REVISED STATUTES §604-10.5, §706-663 AND §706-640].

Date: _____ JUL 1 2020 _____   Judge of the above-entitled Court **Kirstin Hamman**

### NOTICE OF HEARING

TO: _____ Kelli Dorris _____

NOTICE IS GIVEN that the Petitioner(s) above named has/have filed the foregoing Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment.

YOU ARE COMMANDED to appear before the Presiding Judge of the above-entitled Court, the District Court of the above Circuit, at _____ **Wailuku District Court, Hoapili Hale, 2145 Main Street, Third Floor, Wailuku, HI   Courtroom 3D** _____ on _____ **MONDAY** _____ JUL 1 3 2020 _____, 20___ at **8:30** o'clock **A**.M.

Prior to the scheduled hearing date, you or your attorney may file a written response explaining, excusing, justifying, or denying the alleged act or acts of harassment. At the hearing, the parties shall be prepared to testify, call and examine witnesses, present any documents, and give legal or factual reasons why the Injunction should or should not be granted. Each party may be represented by an attorney and shall be prepared to proceed at the hearing. IF YOU OR YOUR ATTORNEY FAIL TO ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.

The Court shall receive all evidence that is relevant at the hearing, and may make independent inquiry. If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of physical harm, bodily injury, assault, of the threat of imminent physical harm, bodily injury to Petitioner exists, it may enjoin for no more than three years further harassment by Respondent(s). If the court finds by clear and convincing evidence that harassment by Respondent(s) in the form of an intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms or disturbs, consistently or continually bothers Petitioner(s) and that serves no legitimate purpose exists, and such course of conduct would cause a reasonable person to suffer emotional distress, the court shall enjoin for no more than three years, further harassment by Respondent(s).

This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this Order, personal delivery during those hours.

Date: _____ JUL 1 1 2020 _____   Clerk of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the ADA Coordinator at PHONE NO. 244-2800, FAX 244-2849, or TTY 244-2889 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 244-2706 or visit the Service Center at 2145 Main Street, Room 141, Wailuku, Hawai'i 96793.

7/27/2020    Gmail - Mail taped to the outside of my door makes it even more scary to use the exit, I'm sorry but I need someone to help and unde…

Case 1:20-cv-00333-JMS-WRP    Document 1    Filed 07/27/20    Page 15 of 51    PageID.15

 Gmail

Jason Scutt <jason.r.scutt@gmail.com>

---

# Mail taped to the outside of my door makes it even more scary to use the exit, I'm sorry but I need someone to help and understand this... this is a suspicious package until someone removes it from my door and let's me know when I can safely exit and I dont feel like I have 45 days either...

**4 messages**

---

**Jason Scutt** <jason.r.scutt@gmail.com>                                Fri, Jul 24, 2020 at 12:17 PM
To: Ja on Scut  ja  on r  cutt@gmail com  , RAYMOND GRIFFIN JR  RAYMOND GRIFFIN@eeoc gov  , OCR Mail
<OCRMail@hhs.gov>, DHS Directors Office Shared Mailbox <dhs@dhs.hawaii.gov>
Bcc: Bethany Hicks <bhicks@ccmaui.org>

    **Screen hot 20200724 121438 Me  age  jpg**
408K

---

**Ja  on Scutt**  ja  on r  cutt@gmail com                              Fri, Jul 24, 2020 at 12 18 PM
To: Jason Scutt <jason.r.scutt@gmail.com>, RAYMOND GRIFFIN JR <RAYMOND.GRIFFIN@eeoc.gov>, OCR Mail
<OCRMail@hhs.gov>, DHS Directors Office Shared Mailbox <dhs@dhs.hawaii.gov>

See these also via text

On Fri, Jul 24, 2020, 12:17 PM Jason Scutt <jason.r.scutt@gmail.com> wrote:

---

**2 attachment**

    **Screenshot_20200724-121757_Messages.jpg**
561K

**Screen hot 20200724 121749 Me  age  jpg**
411K

7/27/2020                     Gmail - Mail taped to the outside of my door makes it even more scary to use the exit, I'm sorry but I need someone to help and unde…

Case 1:20-cv-00333-JMS-WRP     Document 1     Filed 07/27/20     Page 16 of 51   PageID.16



**Jason Scutt** <jason.r.scutt@gmail.com>                                    Sat, Jul 25, 2020 at 3:40 PM
To: Jason Scutt <jason.r.scutt@gmail.com>, RAYMOND GRIFFIN JR <RAYMOND.GRIFFIN@eeoc.gov>, OCR Mail
<OCRMail@hhs.gov>, DHS Directors Office Shared Mailbox <dhs@dhs.hawaii.gov>

[Quoted text hidden]

---

## 4 attachments



**Screenshot_20200725-153908_Messages.jpg**
626K



**Screenshot_20200725-153918_Messages.jpg**
485K



**Screenshot_20200725-153901_Messages.jpg**
525K

**Screenshot_20200725-153853_Messages.jpg**
411K

7/27/2020    Gmail - Mail taped to the outside of my door makes it even more scary to use the exit, I'm sorry but I need someone to help and unde…

Case 1:20-cv-00333-JMS-WRP    Document 1    Filed 07/27/20    Page 17 of 51  PageID.17



---

**Jason Scutt** <jason.r.scutt@gmail.com>                Mon, Jul 27, 2020 at 8:20 AM
To: Jason Scutt <jason.r.scutt@gmail.com>, RAYMOND GRIFFIN JR <RAYMOND.GRIFFIN@eeoc.gov>, OCR Mail
<OCRMail@hhs.gov>, "CHANG, STEPHEN K" <stephen.k.chang@hawaii.gov>, "DLIR.HCRC. NFOR"
  DLIR HCRC INFOR@hawaii gov
Bcc: Bethany Hicks <bhicks@ccmaui.org>

Dear Sirs ,

I need  omeone to plea  e help me under  tand my  ituation and plea  e read the  e attachment , I have my luggage
packed but I don't have the landlords' "permission" to use the mailbox and common exit per the previous terms of my
lease , also I'm not allowed to exit my unit freely or use the common area washer and I have a restraining order against
them, but I just need to either stay here for a few more days to try to find a place to go or have clear legal exit right now,
plea  e help thank you

have hearing problems so please text email only it's more safe, thank you

[Quoted text hidden]
--
Ja  on Scutt

# Are You a Victim of Housing Discrimination?

## Fair Housing is Your Right!

If you have been denied your housing rights…you may have experienced unlawful discrimination.

 U.S. Department of Housing and Urban Development

## WHERE TO MAIL YOUR FORM OR INQUIRE ABOUT YOUR CLAIM

**For Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont:**
**NEW ENGLAND OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room 321
Boston, MA  02222-1092
Telephone (617) 994-8320 or 1-800-827-5005
Fax (617) 565-7313 • TTY (617) 565-5453
E-mail: **Complaints_office_01@hud.gov**

**For New Jersey and New York:**
**NEW YORK/NEW JERSEY OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
26 Federal Plaza, Room 3532
New York, NY  10278-0068
Telephone (212) 264-1290 or 1-800-496-4294
Fax (212) 264-9829 • TTY (212) 264-0927
E-mail: **Complaints_office_02@hud.gov**

**For Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, and West Virginia:**
**MID-ATLANTIC OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA  19107
Telephone (215) 656-0663 or 1-888-799-2085
Fax (215) 656-3419 • TTY (215) 656-3450
E-mail: **Complaints_office_03@hud.gov**

**For Alabama, the Caribbean, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, and Tennessee:**
**SOUTHEAST/CARIBBEAN OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Five Points Plaza
40 Marietta Street, 16th Floor
Atlanta, GA  30303-2808
Telephone (404) 331-5140 or 1-800-440-8091
Fax (404) 331-1021 • TTY (404) 730-2654
E-mail: **Complaints_office_04@hud.gov**

**For Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin:**
**MIDWEST OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard, Room 2101
Chicago, IL  60604-3507
Telephone (312) 353-7776 or 1-800-765-9372
Fax (312) 886-2837 • TTY (312) 353-7143
E-mail: **Complaints_office_05@hud.gov**

**For Arkansas, Louisiana, New Mexico, Oklahoma, and Texas:**
**SOUTHWEST OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
801 North Cherry, 27th Floor
Fort Worth, TX  76102
Telephone (817) 978-5900 or 1-888-560-8913
Fax (817) 978-5876 or 5851 • TTY (817) 978-5595
E-mail: **Complaints_office_06@hud.gov**

**For Iowa, Kansas, Missouri and Nebraska:**
**GREAT PLAINS OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Gateway Tower II
400 State Avenue, Room 200, 4th Floor
Kansas City, KS  66101-2406
Telephone (913) 551-6958 or 1-800-743-5323
Fax (913) 551-6856 • TTY (913) 551-6972
E-mail: **Complaints_office_07@hud.gov**

**For Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming:**
**ROCKY MOUNTAINS OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
1670 Broadway
Denver, CO  80202-4801
Telephone (303) 672-5437 or 1-800-877-7353
Fax (303) 672-5026 • TTY (303) 672-5248
E-mail: **Complaints_office_08@hud.gov**

**For Arizona, California, Hawaii, and Nevada:**
**PACIFIC/HAWAII OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
600 Harrison Street, Third Floor
San Francisco, CA  94107-1300
Telephone (415) 489-6524 or 1-800-347-3739
Fax (415) 489-6558 • TTY (415) 436-6594
E-mail: **Complaints_office_09@hud.gov**

**For Alaska, Idaho, Oregon, and Washington:**
**NORTHWEST/ALASKA OFFICE**
Fair Housing Hub
U.S. Dept. of Housing and Urban Development
Seattle Federal Office Building
909 First Avenue, Room 205
Seattle, WA  98104-1000
Telephone (206) 220-5170 or 1-800-877-0246
Fax (206) 220-5447 • TTY (206) 220-5185
E-mail: **Complaints_office_10@hud.gov**

***If after contacting the local office nearest you, you still have questions — you may contact HUD further at:***
U.S. Dept. of Housing and Urban Development
Office of Fair Housing and Equal Opportunity
451 7th Street, S.W., Room 5204
Washington, DC  20410-2000
Telephone (202) 708-0836 or 1-800-669-9777
Fax (202) 708-1425 • TTY 1-800-927-9275

## To file electronically, visit:  www.hud.gov

_____

_____

_____

_____

PLACE
POSTAGE
HERE

MAIL TO:

_____

_____

_____

_____

Public Reporting Burden for this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

The Department of Housing and Urban Development is authorized to collect this information by Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, (P.L. 100-430); Title VI of the Civil Rights Act of 1964, (P.L. 88-352); Section 504 of the Rehabilitation Act of 1973, as amended, (P.L. 93-112); Section 109 of Title I- Housing and Community Development Act of 1974, as amended, (P.L. 97-35); Americans with Disabilities Act of 1990, (P.L. 101-336); and by the Age Discrimination Act of 1975, as amended, (42 U.S.C. 6103).

The information will be used to investigate and to process housing discrimination complaints. The information may be disclosed to the United States Department of Justice for its use in the filing of pattern and practice suits of housing discrimination or the prosecution of the person(s) who committed that discrimination where violence is involved; and to State or local fair housing agencies that administer substantially equivalent fair housing laws for complaint processing. Failure to provide some or all of the requested information will result in delay or denial of HUD assistance.

Disclosure of this information is voluntary.





# HOUSING DISCRIMINATION INFORMATION

Departamento de Vivienda y Desarrollo Urbano    Oficina de Derecho Equitativo a la Vivienda
U.S. Department of Housing and Urban Development    Office of Fair Housing and Equal Opportunity

**Instructions:** (Please type or print)  Read this form carefully. Try to answer all questions. If you do not know the answer or a question does not apply to you, leave the space blank. You have one year from the date of the alleged discrimination to file a complaint. Your form should be signed and dated.

JASON SCUTT
Your Name

950 WAILUPE DR
Your Address

| City | State | Zip Code |
|---|---|---|
| WAILUKU | HI | 96793 |
| Best time to call | Your Daytime Phone No | Evening Phone No |

## Who else can we call if we cannot reach you?

WENDY B                                        7755448151
Contact's Name                                  Best Time to call

Daytime Phone No                                Evening Phone No

Contact's Name                                  Best Time to call

Daytime Phone No                                Evening Phone No

## 1 What happened to you?

How were you discriminated against?

For example: were you refused an opportunity to rent or buy housing? Denied a loan? Told that housing was not available when in fact it was? Treated differently from others seeking housing?

State briefly what happened.

I not allowed to use the common area, which includes the only legal exit from my dwelling upstairs, The violent party, landlord and nieghbors/other tenants have taped packages to the outside of my door and have sent a cryptic "notice to vacate" via text message, but they also include the fact that they will "exercise their legal rights" if I dont comply - this to me is clearly not permission to leave despite the fact that my luggage is packed, but I have no place to go - I also am refused access to the mailbox and garbage, which were original terms of the lease, see the two pages sent to me by them attached (and possibly also attached to my front door) and please understand that Im transgender and have a disability so please email or text me only, and Im running low on food. This may be related to a different civil complaint to a differnt agency and in court.

## 2  Why do you think you are a victim of housing discrimination?

Is it because of your:

• race • color • religion • sex • national origin • familial status (families with children under 18) • disability?

For example: were you denied housing because of your race? Were you denied a mortgage loan because of your religion? Or turned down for an apartment because you have children?

Briefly explain why you think your housing rights were denied and circle the factor(s) listed above that you believe apply. See restraining order I had to file against one of the landlords, who now blocks my only legal exit and Im LQBTQIA+ and have medical issues.

## 3  Who do you believe discriminated against you?

For example: was it a landlord, owner, bank, real estate agent, broker, company, or organization?

Identify who you believe discriminated against you.

LANDLORDS KELLI DORIS AND LIN AND CHEN - SEE TEXT AND EMAIL ONLY
Name

_____
Address

## 4  Where did the alleged act of discrimination occur?

For example: Was it at a rental unit? Single family home? Public or Assisted Housing? A Mobile Home? Did it occur at a bank or other lending institution?

Provide the address.

SAME AS RENTAL ADRESS ABOVE
Address

_____
City                                    State                    Zip Code

## 5  When did the last act of discrimination occur?

Enter the date

  7  /  27  /  20

Is the alleged discrimination continuing or ongoing?        Yes  No  ☒        ☐

/s/ JASON SCUTT                                    7/27/20
Signature                                          Date

**Send this form** to HUD or to the fair housing agency nearest you. If you are unable to complete this form, you may call that office directly. See address and telephone listings on back page.



## It is Unlawful to Discriminate in Housing Based on These Factors...

- Race
- Color
- National origin
- Religion
- Sex
- Familial status (families with children under the age of 18, or who are expecting a child)
- Handicap (if you or someone close to you has a disability)

## If You Believe Your Rights Have Been Violated...

- HUD or a State or local fair housing agency is ready to help you file a complaint.

- After your information is received, HUD or a State or local fair housing agency will contact you to discuss the concerns you raise.

*Detach here. Fold and close with glue or tape (no staples)*

Keep this information for your records.

Date you mailed your information to HUD:        ____ /____ /____
Address to which you sent the information:

Office                                          Telephone

Street

City                        State               Zip Code

If you have not heard from HUD or a State or local fair housing agency within three weeks from the date you mailed this form, you may call to inquire about the status of your complaint. See address and telephone listings on back page.

# ARE YOU A VICTIM OF HOUSING DISCRIMINATION?

"The American Dream of having a safe and decent place to call 'home' reflects our shared belief that in this nation,      opportunity and success are within everyone's reach.
Under our Fair Housing laws, every citizen is assured the opportunity to build a better life in the home or apartment of their choice — regardless of their race, color, religion, sex, national origin, family status or disability."

Alphonso Jackson
Secretary

# HOW DO YOU RECOGNIZE HOUSING DISCRIMINATION?

## Under the Fair Housing Act, it is Against the Law to:

- Refuse to rent to you or sell you housing
- Tell you housing is unavailable when in fact it is available
- Show you apartments or homes only in certain neighborhoods
- Set different terms, conditions, or privileges for sale or rental of a dwelling
- Provide different housing services or facilities
- Advertise housing to preferred groups of people only
- Refuse to provide you with information regarding mortgage loans, deny you a mortgage loan, or impose different terms or conditions on a mortgage loan
- Deny you property insurance
- Conduct property appraisals in a discriminatory manner
- Refuse to make reasonable accomodations for persons with a disability if the accommodation may be necessary to afford such person a reasonable and equal opportunity to use and enjoy a dwelling.
- Fail to design and construct housing in an accessible manner
- Harass, coerce, intimidate, or interfere with anyone exercising or assisting someone else with his/her fair housing rights

# Notice To Vacate

7/24/2020

From : Guoqiang Lin & Charlene Chen

To : Jason Scutt

Rental Address: 950 Wailupe drive , upper Wailuku HI 96793

*Please know this is the formal letter to inform you, the tenant   that we will be terminating the lease.  Because the lease is due on 07/31/2019 , and we will not continue to renew the lease. This serves as a 45days notice to vacate the premises. Your moveout should be no later than September 6th,2020.  The security deposit cannot be used as your last month rent. You will still need to pay the rent and electrical bill  as regularly scheduled. Also please provide me a mailing address to regard about the security deposit after you moved. Please know the failure to do so will force us to exercise our legal rights. Should you find out the place sooner than 45 days .We will allow you to exit the lease without fines or penalties.*

*Let me know if you have any questions.*

*Your Landlords,*

7/23/2020

To whom may concerns,

I, Kelli Dorris hereby to give permission to Jason Scutt to exit the unit, include the common area, Garage and drive way for 45 days, which from 07/24/2020-09/06/2020. This is made by landlord's request. Also, this permission only uses for exit the unit, can't use this for others. If the people Jason Scutt failure to do so, this permission will automatically cancel, also I will exercise my legal rights.

Kelli Dorris

x _Kelli Dorris_
7/23/20

M Gmail                                                    Jason Scutt <jason.r.scutt@gmail.com>

---

## CANCEL TODAY
55 me    age

---

**Jason Scutt** <jason.r.scutt@gmail.com>                              Fri, May 22, 2020 at 8:12 AM
To: Keith Scherdt <keith@mhcmaui.com>, "Pagan, Nicole" <nicole_pagan@uhc.com>, Nefera Broadnax
  nefera broadna  @ppgnhi org , National Deaf Hotline  nationaldeafhotline@adwa  org , OCR Mail  OCRMail@hh  gov

Nicole and Keith,

I don't yet have the paperwork for the mental health assessment required by UnitedHealthcare for my surgery and I have
made more than a rea  onable effort to make telemed appointment  with Lavender Clinic on Oahu,  ke ola pono on Maui,
etc., however there have been over 50 appointments charged to our insurance provider by various "medical " personnel
for "therapy " etc.

I've a  ked for whatever final appointment I would need for thi  paperwork to be completed timely  I Believe it need  to be
an actual Medical Doc, however UnitedHealthcare will not make that clear.

I made my uncomfortable ness known to some of these providers regarding the conflict of interest,  for example I was the
lead audit on their financial services 🙃

I do not wish to continue any longer with any "therapy " except for any final sign off needed from these men, and I thank
you for your service thus far

I already participated in a telemedicine appointment at Lavender Clinic with a medical doctor who i  qualified under united
health standards and I strongly believe that should count as one sign off

Evidently this man expected me to fly to Oahu under Covid 19 while he participated in the telemedicine part.  Thanks to
Lavender Clinic for putting public  afety fir  t  )

Otherwise please direct Nicole who states to be my "social worker" to get this paperwork completed via telemed at ke ola
pono malalma or accepted provider.

I submitted a blood sample and release form to pp this week, and would prefer telemed for any necessary additional
appointments for obvious reasons to be cleared for my surgery once providers of these services are allowed to resume
normal operations.  Thanks Keith for your service as well.

Please provide any necessary paperwork no later than JULY 1, 2020, which is more than 30 days from today or otherwise
state your objection in writing to me by no later than May 31, 2020.

Per  on wearing Military  tyle clothing etc

https://drive.google.com/open?id=1eCxbIxs_onPnuEMbcyczZCEaakwHbpnO

http  //drive google com/open?id  1gTvzEu  wobc16 LwM4A6yIyIwv6SeMKS

https://drive.google.com/open?id=1Vq8rWPkHyjkMr0mXgt81iqBUCx75rJVO

https://drive.google.com/open?id=1V5yN2Qly16xhXPErZgUnRKJyLIofyDQS

https://drive.google.com/open?id=1Vq8rWPkHyjkMr0mXgt81iqBUCx75rJVO

https://drive.google.com/open?id=1V5yN2Qly16xhXPErZgUnRKJyLIofyDQS

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>                  Fri, May 22, 2020 at 8:21 AM
To  Ja  on Scutt  ja  on r  cutt@gmail com

You have reached National Deaf Domestic Violence Hotline. You will need to contact National Domestic Violence Hotline by phone.

Their phone number is 800-799-7233

Their office number is 512-453-8117

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwi e received thi  me  age in error, plea e notify the  ender immediately by return e mail and promptly delete thi e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.
[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                          Fri, May 22, 2020 at 10:35 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

Sorry I didn't feel safe, see all these below

https://drive.google.com/folderview?id=1EinDmTaSN1hnTPGwvNLxLQQkSIaIgxjL

AJ
[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>                          Fri, May 22, 2020 at 10:37 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

Hello,

Thank you for contacting the deaf hotline. How can I help you?

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwi e received thi  me  age in error, plea e notify the  ender immediately by return e mail and promptly delete thi e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.
[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                          Fri, May 22, 2020 at 12:53 PM
To: OCR Mail <OCRMail@hhs.gov>

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                          Sun, Jul 19, 2020 at 2:31 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

I have a restraining order against my abusive neighbor downstairs see attachment and I need her "permission" to leave my apartment to get food and medicine  She' blocking my e it u ing fear and I even called the police once,  but they left her there on a "technicality" can you please help, the local police will not honor my restraining order and I'm afraid to go near the violent person blocking my way, Kelli Doris at 950 Wailuku dr, Wailuku hi, 96793 , lower unit, see attachment thank you, lic plate on docs

On Fri, May 22, 2020, 8:21 AM National Deaf Hotline <nationaldeafhotline@adwas.org> wrote:
[Quoted text hidden]

---

**4 attachments**



**20200718_092252.jpg**
3328K



**20200718  092146 jpg**
4102K



**20200718_092206.jpg**
4192K



**20200718_092200.jpg**
3754K

---

**Jason Scutt** <jason.r.scutt@gmail.com>                                      Sun, Jul 19, 2020 at 2:33 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>
Cc  OCR Mail  OCRMail@hh   gov

[Quoted text hidden]

---

**National Deaf Hotline**  nationaldeafhotline@adwa org                    Sun, Jul 19, 2020 at 2 41 AM
To: Jason Scutt <jason.r.scutt@gmail.com>
Cc: OCR Mail <OCRMail@hhs.gov>

Thank you for contacting The Deaf Hotline.
We provide advocate services which include crisis intervention, education, outreach, support, and referrals
to survivors of domestic violence within the deaf community.
To ensure our hotline remains available and dedicated to Deaf, DeafBlind, hard of hearing, and Deaf
Disabled communities, we ask our hearing callers to please contact the National Domestic Violence Hotline
directly for further assistance at 1-800-799-7233(SAFE).
If you do not have access to calling the hotline, and if emailing us is your safest method of communication,
then we can continue here.
Thank You,
Hotline Advocate

Hotline Advocate
Abused Deaf Women's Advocacy Services (ADWAS)
8623 Roosevelt Way NE
Seattle, WA 98115
Main Office: (206) 922-7088
www.adwas.org
www.thedeafhotline.org

CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or
proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended
recipient, or if you otherwise received this message in error, please notify the sender immediately by return
e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any
manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including
attachments, is strictly prohibited and may be unlawful.

---

**From:** Jason Scutt <jason.r.scutt@gmail.com>
**Sent:** Sunday, July 19, 2020 5:33:24 AM
**To:** National Deaf Hotline <nationaldeafhotline@adwas.org>
**Cc:** OCR Mail <OCRMail@hhs.gov>
**Subject:** Re: CANCEL TODAY

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                              Sun, Jul 19, 2020 at 9:20 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

The landlord, Kelli Dori , require me to obtain "permi ion " to leave my apartment, I need to get food and medicine
this week, but she continues to block my exit, also uses the word "kike" frequently in conversation, as do many locals
here on Maui. See restraining order attachment in prior email
[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>              Sun, Jul 19, 2020 at 9:23 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

Hello, thank you for contacting The Deaf Hotline again. Have you tried calling the National Domestic
Violence Hotline? I have listed their number below.

We provide advocate  ervice  which include cri i  intervention, education, outreach,  upport, and referral
to survivors of domestic violence within the deaf community.

To ensure our hotline remains available and dedicated to Deaf, DeafBlind, hard of hearing, and Deaf Disabled communities, we ask our hearing callers to please contact the National Domestic Violence Hotline directly for further assistance at 1-800-799-7233(SAFE).

If you do not have access to calling the hotline, and if emailing us is your safest method of communication, then we can continue here.

Thank You,


Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline: 855-812-1001
Main Office  (206) 922 7088
www.thedeafhotline.org
www.adwas.org


CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachment  , without reading or  aving them in any manner  The unauthorized u  e, di  emination, di  tribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

**From:** Jason Scutt <jason.r.scutt@gmail.com>
**Sent:** Sunday, July 19, 2020 2 20 06 PM
**To:** National Deaf Hotline <nationaldeafhotline@adwas.org>
**Subject:** Re  CANCEL TODAY

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                Sun, Jul 19, 2020 at 12:32 PM
To  National Deaf Hotline   nationaldeafhotline@adwa   org

Can u send me they're email please?
[Quoted text hidden]

---

**National Deaf Hotline**  nationaldeafhotline@adwa   org          Sun, Jul 19, 2020 at 12 33 PM
To: Jason Scutt <jason.r.scutt@gmail.com>

Hello,

Which email are you referring to?

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org


CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received thi   me  age in error, plea e notify the   ender immediately by return e mail and promptly delete thi   e mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

Case 1:20-cv-00333-JMS-WRP    Document 1    Filed 07/27/20    Page 32 of 51  PageID.32

**From:** Jason Scutt  ja on r cutt@gmail com
**Sent:** Sunday, July 19, 2020 6:32:36 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>           Sun, Jul 19, 2020 at 9:43 PM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

Fuck you
[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>        Sun, Jul 19, 2020 at 9:45 PM
To: Jason Scutt <jason.r.scutt@gmail.com>

Thank you for contacting The Deaf Hotline.
We provide advocate services which include crisis intervention, education, outreach, support, and referrals to survivors of domestic violence within the deaf community.
To ensure our hotline remains available and dedicated to Deaf, DeafBlind, hard of hearing, and Deaf Disabled communities, we ask our hearing callers to please contact the National Domestic Violence Hotline directly for further assistance at 1-800-799-7233(SAFE).
If you do not have access to calling the hotline, and if emailing us is your safest method of communication, then we can continue here.
Thank You,
Hotline Advocate

Hotline Advocate
Abused Deaf Women's Advocacy Services (ADWAS)
8623 Roosevelt Way NE
Seattle, WA 98115
Main Office: (206) 922-7088
www.adwas.org
www.thedeafhotline.org


CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

---

**From:** Jason Scutt  ja on r cutt@gmail com
**Sent:** Monday, July 20, 2020 12:43:27 AM
**To:** National Deaf Hotline  nationaldeafhotline@adwa org
**Subject:** Re: CANCEL TODAY

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>           Mon, Jul 20, 2020 at 7:51 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

Email was the safest
[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>        Mon, Jul 20, 2020 at 7:54 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

Hello,

Unfortunately, the NDVH does not have an email line.  Our services are for DV and SA so our resources may not be what you need from us. What we would recommend is finding tenant rights advocacy, as this will provide better resources and  ervice  for i   ue  with your landlord infringing on your right   We hope thi   help

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received thi   me   age in error, plea e notify the   ender immediately by return e mail and promptly delete thi   e mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

**From:** Jason Scutt <jason.r.scutt@gmail.com>
**Sent:** Monday, July 20, 2020 12:51:54 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Ja  on Scutt**  ja  on r  cutt@gmail com                              Mon, Jul 20, 2020 at 7 55 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

I need someone to ask my landlord for "permission " to go outside my apartment and I would be violating my own restraining order somehow if I went out my only legal exit, this caused me much fear and I am still forced inside against my will, I need water food and medicine,  but I can't leave my apartment, how'   your day?

[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>                  Mon, Jul 20, 2020 at 8:04 AM
To  Ja  on Scutt  ja  on r  cutt@gmail com

Hello,

You can explore the HUD's website for tenant advocacy and figure out solutions re: this situation.  https://apps.hud.gov/office  /h  g/  fh/hcc/hc   cfm

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received thi   me   age in error, plea e notify the   ender immediately by return e mail and promptly delete thi   e mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

**From:** Jason Scutt <jason.r.scutt@gmail.com>
**Sent:** Monday, July 20, 2020 12:55:20 PM

[Quoted text hidden]

[Quoted text hidden]

Case 1:20-cv-00333-JMS-WRP     Document 1     Filed 07/27/20     Page 34 of 51  PageID.34

**Jason Scutt** <jason.r.scutt@gmail.com>                      Mon, Jul 20, 2020 at 8:13 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

Fuck. You.

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                    Wed, Jul 22, 2020 at 8:57 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

Why do I need permi    ion from you to leave my apartment?

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                    Wed, Jul 22, 2020 at 8:58 AM
To  National Deaf Hotline   nationaldeafhotline@adwa   org

[Quoted text hidden]

---

**16 attachment**



**Screenshot_20200721-143035_Messages.jpg**
433K



**Screenshot_20200721-143104_Messages.jpg**
313K



**Screen  hot  20200721  143145  Me    age   jpg**
333K

**Screenshot_20200721-143058_Messages.jpg**
568K





**Screenshot_20200721-143048_Messages.jpg**
201K



**Screenshot_20200721-143128_Messages.jpg**
323K



**Screenshot_20200721-143138_Messages.jpg**
381K



**Screen hot  20200721 143112 Me   age  jpg**
387K

**Screenshot_20200721-143027_Messages.jpg**
389K



**Screenshot_20200721-143203_Messages.jpg**
363K



**Screenshot_20200721-143216_Messages.jpg**
366K

**Screenshot_20200721-143123_Messages.jpg**
466K



**Screenshot_20200721-143151_Messages.jpg**
232K



**Screenshot_20200721-143043_Messages.jpg**
571K



**Screen hot 20200721 143158 Me age  jpg**
491K



**Screenshot_20200721-143210_Messages.jpg**
386K

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>         Wed, Jul 22, 2020 at 9:47 AM
To  Ja on Scutt  ja on r  cutt@gmail com

Hi, thanks for contacting deaf hotline. How can I best support you?

Dear Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwi e received thi  me  age in error, plea e notify the  ender immediately by return e mail and promptly delete thi e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]
[Quoted text hidden]
<Screenshot_20200721-143035_Messages.jpg><Screenshot_20200721-143104_Messages.jpg>< Screenshot_20200721-143145_Messages.jpg><Screenshot_20200721-143058_Messages.jpg>< Screenshot_20200721-143048_Messages.jpg><Screenshot_20200721-143128_Messages.jpg>< Screen hot  20200721 143138 Me  age  jpg   Screen hot  20200721 143112 Me  age  jpg Screenshot_20200721-143027_Messages.jpg><Screenshot_20200721-143203_Messages.jpg>< Screenshot_20200721-143216_Messages.jpg><Screenshot_20200721-143123_Messages.jpg>< Screenshot_20200721-143151_Messages.jpg><Screenshot_20200721-143043_Messages.jpg>< Screen hot  20200721 143158 Me  age  jpg   Screen hot  20200721 143210 Me  age  jpg

---

**Jason Scutt** <jason.r.scutt@gmail.com>                              Wed, Jul 22, 2020 at 11:18 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

I can't leave my apartment without my landlord"s permission , I have a restraining order against her, but she continues to not allow me to leave my apartment without getting hurt
[Quoted text hidden]
--
Jason Scutt

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>              Wed, Jul 22, 2020 at 11:21 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

Hello,

Thank you for contacting The Deaf Hotline. How can I help you? What would you like me to do?

Is it possible for you to contact the manager of your apartment?

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline: 855-812-1001
Main Office  (206) 922 7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachment  , without reading or  aving them in any manner  The unauthorized u  e, di   emination, di  tribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

**From:** Jason Scutt    ja on r  cutt@gmail com
**Sent:** Wednesday, July 22, 2020 5:18:09 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Ja  on Scutt**  ja  on r  cutt@gmail com                         Wed, Jul 22, 2020 at 11 54 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

The woman with lic. Plate mhh 361 seems to really need some help in hawaii,  thank you

[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>          Wed, Jul 22, 2020 at 12:16 PM
To: Jason Scutt <jason.r.scutt@gmail.com>

Ok, I understand. How can I help her? We are national deaf domestic violence hotline.

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline: 855-812-1001
Main Office  (206) 922 7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary
information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise
received this message in error, please notify the sender immediately by return e-mail and promptly delete this e-mail,
including attachment  , without reading or   aving them in any manner  The unauthorized u  e, di   emination, di  tribution,
or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

**From:** Jason Scutt <jason.r.scutt@gmail.com>
**Sent:** Wednesday, July 22, 2020 5 54 36 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                          Wed, Jul 22, 2020 at 1:18 PM
To  National Deaf Hotline   nationaldeafhotline@adwa   org

I need someone to ask her permission each day or I can't go outside.

[Quoted text hidden]

---

**National Deaf Hotline**   nationaldeafhotline@adwa   org         Wed, Jul 22, 2020 at 2 04 PM
To: Jason Scutt <jason.r.scutt@gmail.com>

Would it be easy for you to contact local domestic violence/sexual assault agency in your home area?

If ye  , I can   end you their contact information

Deaf Hotline Advocate

National Deaf Domestic Violence Hotline

Hotline: 855-812-1001

Main Office: (206) 922-7088

www.thedeafhotline.org

www.adwas.org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s)  If you are not the intended recipient  or if you otherwise received this message in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>               Wed, Jul 22, 2020 at 2:36 PM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

Only te  t or email plea  e

[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>        Wed, Jul 22, 2020 at 2:37 PM
To  Ja  on Scutt  ja  on r  cutt@gmail com

Ok, which part are you in Hawaii?


Deaf Hotline Advocate

National Deaf Domestic Violence Hotline

Hotline  855 812 1001

Main Office  (206) 922 7088

www thedeafhotline org

www adwas org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s)  If you are not the intended recipient  or if you otherwise received this message in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>               Thu, Jul 23, 2020 at 7:36 AM
To  National Deaf Hotline  nationaldeafhotline@adwa  org

I already told you her lic plate is MHH 361, maui, I need a safe and legal exit from my apartment and I've been trapped for several days. I can exit physically, but it would be in violation of the terms of my own restraining order, get it?  Also the local emails you sent are not functioning,  contributing to the risk

[Quoted text hidden]

---

**4 attachments**

                         **20200718_092146.jpg**
                         4102K





**20200718_092206.jpg**
4192K



**20200718_092200.jpg**
3754K



**20200718_092252.jpg**
3328K

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>          Thu, Jul 23, 2020 at 7:43 AM
To  Ja  on Scutt   ja  on r  cutt@gmail com

You can contact 3 Domestic Violence agencies in Maui-

https://www.womenhelpingwomenmaui.com/contact-us/

https://www.childandfamilyservice.org/mauicounty/

https://www.molokai.org/contact/index.html

Hope this helps.

Deaf Hotline Advocate
National Deaf Dome  tic Violence Hotline
Hotline: 855-812-1001

Main Office: (206) 922-7088
www.thedeafhotline.org
www adwa   org


CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or
proprietary information to be conveyed  olely for the intended recipient(  )  If you are not the intended recipient, or if you
otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this
e-mail, including attachments, without reading or saving them in any manner. The unauthorized use,
dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.


[Quoted text hidden]
[Quoted text hidden]
<20200718_092146.jpg><20200718_092206.jpg><20200718_092200.jpg><20200718_092252.jpg>

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>                    Thu, Jul 23, 2020 at 7:47 AM
To  Ja  on Scutt   ja  on r  cutt@gmail com

https://www.mauicounty.gov/Directory.aspx?did=465


Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline: 855-812-1001
Main Office: (206) 922-7088
www thedeafhotline org
www.adwas.org


CONFIDENTIALITY STATEMENT  Thi  communication, including attachment  , may contain confidential or
proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you
otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this
e-mail, including attachments, without reading or saving them in any manner. The unauthorized use,
di  emination, di  tribution, or reproduction of thi  e mail, including attachment , i   trictly prohibited and may be unlawful


[Quoted text hidden]
[Quoted text hidden]
<20200718_092146.jpg><20200718_092206.jpg><20200718_092200.jpg><20200718_092252.jpg>

---

**Jason Scutt** <jason.r.scutt@gmail.com>                    Thu, Jul 23, 2020 at 8:20 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

I'm NOT A WOMAN TO THEM AND TECHNICALLY THE OTHERS ARE CHRISTIAN ORGANIZATIONS, BUT
THANKS
[Quoted text hidden]
--
Jason Scutt

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>                    Thu, Jul 23, 2020 at 8:22 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

Sometime they can help other genders.

I don't appreciate your tone. I am simply trying to help.

You are allowed to leave your apartment to get food, etc just don't approach the person who filed protection order against you

https://www.csc-hawaii.org/

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwi e received thi  me  age in error, plea e notify the  ender immediately by return e mail and promptly delete thi e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]

---

**Ja  on Scutt**   ja  on r  cutt@gmail com                   Thu, Jul 23, 2020 at 8 34 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

I Cant physically leave via the only legal exit to my apartment, without "approaching her" or otherwise violating the court restraining order, and she has made it clear that I do NOT have her permission at any time to use the common exit, nor to enter thereafter, thank you  Al o, the other landlord refu e  to provide a  afe and legal entry and e  it to the building and I have been trapped for several days, I need to communicate via text since my ears were injured and I can't fully understand someone shouting at me, thank you , I'm also afraid to get exposed to biohazard covid19 and I'm trans/lgbtqia, but I do need safe and legal entry and exit, even if they serve an eviction, I dont think the police officer could under  tand thi  me  age completely, and I'm very  orry to have bothered you,  ee court doc I filed la  t night i  attached but I'm not an attorney , but I dont feel safe also the neighbors who have some unknown affiliation with the landlord blocking the exit have become aggressive and Ive been hearing loud painful ringing tones in both ears, even though my right is injured, and I believe some racism or slurs are being used not just by the one below, Thank you

[Quoted text hidden]
--
Ja  on Scutt

---

**2 attachments**

📄 **2DRC 20 000933 3rd NOTICE OF VIOLATION pdf**
10893K

📄 **2DRC 20 000933 INTERLOC  APPEAL pdf**
299K

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>             Thu, Jul 23, 2020 at 8:46 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

I am   o   orry to hear about your   ituation, that i   really difficult and comple

I am wondering what other exit are you allowed to use? Is there only ONE exit which you are not allowed to use? So with that being said, you have to ask permission every time you leave? That is wrong and violates your equal rights to basic need

Can you contact-

http  //www legalaidhawaii org/contact u   html

DLIR.HCRC.INFOR@hawaii.gov

https://labor.hawaii.gov/hcrc/contact/

dh  @dh   hawaii gov
https://humanservices.hawaii.gov/important-phone-numbers/


contact@tran  lifeline org
https://www.translifeline.org/

https://www.mauicounty.gov/687/Civil-Legal-Assistance

See if they can help you? They are more specialized in this kind of aspect.

Deaf Hotline Advocate
National Deaf Dome  tic Violence Hotline
Hotline: 855-812-1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www adwa   org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or
proprietary information to be conveyed  olely for the intended recipient(  )  If you are not the intended recipient, or if you
otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this
e-mail, including attachments, without reading or saving them in any manner. The unauthorized use,
dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]
[Quoted text hidden]
<2DRC-20-000933 3rd NOTICE OF VIOLATION.pdf><2DRC-20-000933 INTERLOC. APPEAL.pdf>

---

**Jason Scutt** <jason.r.scutt@gmail.com>                        Thu, Jul 23, 2020 at 9:05 AM
To  National Deaf Hotline   nationaldeafhotline@adwa   org

Ok I'll reach out to them -> grateful
[Quoted text hidden]

---

**National Deaf Hotline**  nationaldeafhotline@adwa   org          Thu, Jul 23, 2020 at 9 11 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

I did some more research, your basic rights being violated you are being prevented to live and survive on basic needs.

You can contact and file complaint to Fair hou  ing act/HUD

dlir.hcrc.info@hawaii.gov
https://www.mauicounty.gov/1606/Fair-Housing

https://www.hud.gov/program_offices/fair_housing_equal_opp/online-complaint

I hope this helps.

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline: 855-812-1001
Main Office  (206) 922 7088
www.thedeafhotline.org
www.adwas.org


CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or

proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e mail, including attachment , without reading or  aving them in any manner  The unauthorized u e, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                    Thu, Jul 23, 2020 at 9:58 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

Also the court clerks are ignoring my request for accommodation and keep calling and leaving so many messages that I don't under tand, and there'  hour  of them

Also, the local food stamp office is declining my applications for foodstamps and emergency financial assistance, and they keep calling and leaving message despite my request to them and valid applications....also, so I don't think the local Chri tian branch of legal aid that got  ugge ted i  going to be a good fit

Thank you so much
[Quoted text hidden]

Jason Scutt

---

**Jason Scutt** <jason.r.scutt@gmail.com>                   Thu, Jul 23, 2020 at 10:04 AM
To  National Deaf Hotline   nationaldeafhotline@adwa  org

Also, the local court clerk made me pay 138 dollars that I don't have for subscription, but now I can't access my documents as I could before and they want more money from me that I don't have... this is urgent because I need these restraining orders to remain in effect.....
[Quoted text hidden]
--
Ja on Scutt

---

**National Deaf Hotline**  nationaldeafhotline@adwa  org              Thu, Jul 23, 2020 at 10 13 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

That is discrimination right there by refusing to accommodate your need.

Have you tried contacting your local ADA office?

Email-info@hawaiidisabilityrights.org
https://www.hawaiidisabilityrights.org/

Email-ada.coordinator@mauicounty.gov
https://www.mauicounty.gov/143/ADA-Coordinator

Email  adareque  t@court  hawaii gov
https://www.courts.state.hi.us/services/ada/disability_accommodations_coordinators

Do you have SSI or SSDI? I wonder if you could apply there? Also DSHS is where you applied for food stamp? To apply for SNAP you have to be eligible a  in if you are permanent di  abled a  in your hearing ringing/deaf i  con idered a that.

https://humanservices.hawaii.gov/bessd/fnsrandr/

http://www.meoinc.org/

https://helpinghandshawaii.org/programs/emergency-assistance-program/


Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline: 855-812-1001
Main Office: (206) 922-7088
www.thedeafhotline org
www.adwas.org


CONFIDENTIALITY STATEMENT  Thi  communication, including attachment , may contain confidential or
proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you
otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this
e-mail, including attachments, without reading or saving them in any manner. The unauthorized use,
di  emination, di  tribution, or reproduction of thi  e mail, including attachment , i    trictly prohibited and may be unlawful
[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                                Thu, Jul 23, 2020 at 10:14 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

   ok I wa  able to regain u e of my  ub cription and document , but I can't keep receiving phone call  and voice
messages...
[Quoted text hidden]
--
Jason Scutt


---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>                Thu, Jul 23, 2020 at 10:15 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

I want to clarify, You have re training order again t the landlord or the landlord ha  re training order again t you?


Try these resources I sent you in previous email.


Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org


CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or
proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you
otherwi e received thi  me  age in error, plea e notify the  ender immediately by return e mail and promptly delete thi
e-mail, including attachments, without reading or saving them in any manner. The unauthorized use,
dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.
[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                                Thu, Jul 23, 2020 at 10:24 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

I filed the restraining order against "Doris" - who may or may not be the landlord, and I supplied the local SNAP and some
other emergency office   you li t above with a  igned doctor   tatement of permanent di ability, and al o notified them in
writing of my hearing disability which is recently acquired and communicated to my PCP.. but they still decline all my

applications, hang up the phone when I don't understand, and leave treating voice messages and calls, its very scary and unfortunately I feel like they are also racisit and homophobic, which makes this more dangerous for me... I filed complaint  with  o e of the  e local  , but they don't  eem to under  tand the hazard they created for me, I need the emergency foodstamp and rent funds otherwise I can't afford rent much longer

[Quoted text hidden]

--
Jason Scutt

---

**Jason Scutt** <jason.r.scutt@gmail.com>                    Thu, Jul 23, 2020 at 10:26 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

THREATENING * sorry not "treating"

[Quoted text hidden]

--
Ja on Scutt

---

**National Deaf Hotline**  nationaldeafhotline@adwa  org             Thu, Jul 23, 2020 at 10 26 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

Try these resources I have sent you today. Hopefully they will help.


Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline: 855-812-1001
Main Office  (206) 922 7088
www.thedeafhotline.org
www.adwas.org


CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e mail, including attachment , without reading or  aving them in any manner  The unauthorized u e, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]

---

**National Deaf Hotline**  nationaldeafhotline@adwa  org             Fri, Jul 24, 2020 at 5 09 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

**Family Peace Center (FPC)**
Domestic Violence intervention Services for Offenders, Victims, Child Witnesses of domestic violence, and Child Sex Abuse Treatment. Services include safety planning, intake and assessment, group counseling and/or individual sessions. Trauma therapy is provided as a service to survivors only. All services are conducted via zoom or telephone.

> _Hours of Operation_: Monday – Friday from 8:00 – 4:30pm (with evening groups)
> _Phone_: (808) 832-0855
> _Email_: fpc@pacthawaii.org

**Ohia Domestic Violence Shelter**
Emergency Shelter for survivors and their children of domestic violence. Services are accessed through the Shelter Access & Crisis Line, and include: crisis counseling, referral, and shelter access. Shelter intakes and assessments are done using tele-services and in person with health screening protocols. Support services include accessing and obtaining long term housing and transition services

*Hours of Operation*: 24/7
*Shelter Access & Crisis Line*  (808) 526 2200
*Email*: ohia@pacthawaii.org

https://pacthawaii.org/covid19_pact_services/

http   //www legalaidhawaii org/food re ource   covid 19 html

https://www.legalaidhawaii.org/financial-ass stance-covid-19.html

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline  855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or
proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you
otherwi e received thi   me   age in error, plea e notify the  ender immediately by return e mail and promptly delete thi
e-mail, including attachments, without reading or saving them in any manner. The unauthorized use,
dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.
[Quoted text hidden]

---

**Ja  on Scutt**  ja  on r  cutt@gmail com                          Fri, Jul 24, 2020 at 7 55 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>, OCR Mail <OCRMail@hhs.gov>, RAYMOND GRIFFIN JR
<RAYMOND.GRIFFIN@eeoc.gov>

OK I need someone to right now please read these text messages attached and help me understand how more than 1
per  on can hold me ho  tage in  ide my own apartment
[Quoted text hidden]

---

**3 attachment**



Screenshot_20200724-075425_Messages.jpg
407K



Screenshot_20200724-075417_Messages.jpg
379K

Screenshot_20200724-075148_Messages.jpg


314K

---

**National Deaf Hotline**   nationaldeafhotline@adwa org          Fri, Jul 24, 2020 at 8 00 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

From what I have read you have 45 days to move out so you are free to move out anytime before 45 days is up.

We have given you more than 15 different referral/re ource Plea e contact them

There is nothing else we can do to help you at this point. Please follow up these referrals we have given you.

Thank you

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline 855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www.adwas.org


CONFIDENTIALITY STATEMENT: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwi e received thi me age in error, plea e notify the ender immediately by return e mail and promptly delete thi e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

       [Quoted text hidden]
       [Quoted text hidden]
       <Screenshot_20200724-075425_Messages.jpg><Screenshot_20200724-075417_Messages.jpg>< Screenshot_20200724-075148_Messages.jpg>

---

**Ja on Scutt**   ja on r cutt@gmail com          Fri, Jul 24, 2020 at 8 20 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>

I don't understand. I need to feel safe without coming into contact with the persons who won't allow me to use the doorway that is locked,
[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>          Fri, Jul 24, 2020 at 8:22 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

Again, contact your local ervice that I referred you to ye terday We are in Wa hington tate

Deaf Hotline Advocate
National Deaf Domestic Violence Hotline
Hotline 855 812 1001
Main Office: (206) 922-7088
www.thedeafhotline.org

7/27/2020                                   Gmail - CANCEL TODAY
Case 1:20-cv-00333-JMS-WRP    Document 1    Filed 07/27/20    Page 49 of 51  PageID.49
www.adwas.org

CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e mail, including attachment , without reading or  aving them in any manner  The unauthorized u e, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                       Fri, Jul 24, 2020 at 8:22 AM
To  National Deaf Hotline   nationaldeafhotline@adwa  org  , RAYMOND GRIFFIN JR   RAYMOND GRIFFIN@eeoc gov  ,
OCR Mail <OCRMail@hhs.gov>

Please confirm that I have permission to freely exit the property and enter within the 45 days, otherwise I confused and extremely frightened Please help thank you

[Quoted text hidden]

---

**National Deaf Hotline** <nationaldeafhotline@adwas.org>           Fri, Jul 24, 2020 at 8:38 AM
To: Jason Scutt <jason.r.scutt@gmail.com>

We hotline do not have the authority to grant permi    ion

We are in Washington state we are unable to help you with that.

Plea  e contact the referral   I gave you ye  terday  They are in your location they can help you


Deaf Hotline Advocate
National Deaf Dome  tic Violence Hotline
Hotline: 855-812-1001
Main Office: (206) 922-7088
www.thedeafhotline.org
www adwa   org


CONFIDENTIALITY STATEMENT:  This communication, including attachments, may contain confidential or proprietary information to be conveyed  olely for the intended recipient(  )  If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.

[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                        Fri, Jul 24, 2020 at 8:53 AM
To: National Deaf Hotline <nationaldeafhotline@adwas.org>, OCR Mail <OCRMail@hhs.gov>, RAYMOND GRIFFIN JR
  RAYMOND GRIFFIN@eeoc gov

OK thanks again so much and please see the attached pdf and word file in case anyone else needs this kind of thing in a hurry, you can have my permission to print it or send it to them

[Quoted text hidden]

Jason Scutt

---

**2 attachment**

 **LIST OF RESOURCES FOR PEOPLE WHO NEED TO COMMUNICTATE SLOWLY WITH TEXT SO THEY CAN UNDERSTAND pdf**
233K

 **li  t doc**

133K

 Gmail                                                  Jason Scutt <jason.r.scutt@gmail.com>

---

## Notice of vacate
5 me  age

---

**xiaying chen** <xiayingc@gmail.com>                          Fri, Jul 24, 2020 at 9:18 AM
To: jason.r.scutt@gmail.com

Ja  on,

Please see the attached notice of vacate and permission to exit the unit from Kelli Dorris.
I will text you the copy of them , and deliver one copy to you . let me know if you have any questions.
Thank you
Charlene

---

 **CCF24072020 pdf**
550K

---

**Jason Scutt** <jason.r.scutt@gmail.com>                     Fri, Jul 24, 2020 at 11:03 AM
To: xiaying chen <xiayingc@gmail.com>

Got it  I'm going a  quick a  I can  Thank you
[Quoted text hidden]

---

**xiaying chen** <xiayingc@gmail.com>                          Fri, Jul 24, 2020 at 11:46 AM
To  Ja  on Scutt  ja  on r  cutt@gmail com

Okay, just notice me when you are moving. Thank you

Jason Scutt <jason.r.scutt@gmail.com> 于2020年7月24日周五 上午11:03写道：
[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                     Fri, Jul 24, 2020 at 12:20 PM
To: xiaying chen <xiayingc@gmail.com>

Your notice i  received,  plea  e don't communicate with me directly
[Quoted text hidden]

---

**Jason Scutt** <jason.r.scutt@gmail.com>                     Sat, Jul 25, 2020 at 3:38 PM
To  RAYMOND GRIFFIN JR  RAYMOND GRIFFIN@eeoc gov  , OCR Mail   OCRMail@hh  gov  , Bethany Hick
<bhicks@ccmaui.org>, fpc@pacthawaii.org

[Quoted text hidden]