Anthony Ranken & Associates

SAMUEL P. SHNIDER 10098
222 N. Church Street
Wailuku, HI 96793
Tel: (808)244-7011
Fax:(808)244-7022
Email: sam@rankenlaw.com

Attorney for Defendants
GUOQIANG LIN
CHARLENE (XIAYING) CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON SCUTT, | CV-20-000333 JMS-WRP |
| Plaintiff, | |
| v. | STIPULATION TO DISMISS WITH PREJUDICE; ORDER |
| KELLI DORRIS; XIAYIN (GAOQUIANG) LIN; and CHARLENE CHEN, | |
| Defendants. | |

## STIPULATION TO DISMISS WITH PREJUDICE

Comes now Plaintiff JASON SCUTT, and Defendants XIAYING CHEN and GUOQIANG LIN, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and LR 41.1, hereby stipulate to dismiss this action with prejudice, pursuant to a settlement agreement

between the parties. No claims remain in this action. Neither party seeks an award from the court of legal fees or costs as the parties' obligations to each other for fees and costs have been resolved through settlement.

    DATED:    Wailuku, Maui, Hawaii, August 11, 2021.

/s/ Samuel P. Shnider
SAMUEL P. SHNIDER
Attorney for Defendants

    DATED:    Honolulu, Hawaii, August 11, 2021.

/s/
JASON SCUTT
Plaintiff Pro Se

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii, August 11, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Jason Scutt v. Kelli Dorris et al.*, CV-20-333 JMS-WRP, Stipulation to Dismiss with Prejudice